# Order

Michigan Supreme Court
Lansing, Michigan

November 21, 2018

157537

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 157537
                                   COA: 336685
                                   Livingston CC: 15-023204-FH

JUSTIN MICHAEL BAILEY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 27, 2018 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *People v Sharpe*, 502 Mich 313 (2018).

      We do not retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2018



s1114

                                   Clerk